IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENFANG LIU,

    Plaintiff,

v.

DEPARTMENT OF HEALTH SERVICES,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-712-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim under federal law.

_____      _____
Peter Oppeneer, Clerk of Court                         Date

Signed: Peter Oppeneer     Date: 12/21/11