IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENFANG LIU,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-712-wmc

DEPARTMENT OF HEALTH SERVICES,

    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim under federal law.

_____      _12/21/11_
Peter Oppeneer, Clerk of Court              Date